```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-04918-HWV
Eduardo Partida                                                 Chapter 13
Laura Lorena Partida
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: RyanEshel             Page 1 of 2          Date Rcvd: Dec 23, 2019
                               Form ID: ntcnfhrg           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
```
db/jdb         +Eduardo Partida,    Laura Lorena Partida,    1218 Alta Vista Way,    Seven Valleys, PA 17360-9404
5271284         Best Buy CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
5271285        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
5271282         Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
5271286        +Fed Loan Serv,    Pob 60610,    Harrisburg, PA 17106-0610
5271288        +Gvt Emp Cu,    1225 Airways Blvd,    El Paso, TX 79925-3620
5271289        +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
5271291         Phh Mortgage Services,    3000 Leadenhall Road,    Mt. Laurel Township, NJ 08054
5271292        +Progressive Mgmt Syste,    1521 W. Cameron Ave,    West Covina, CA 91790-2738
5271293        +Roundpoint Mtg,    Po Box 19409,    Charlotte, NC 28219-9409
5280008        +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
5271294        +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
5271295         Toyota Motor Credit,    111 W 22nd St,    Oakbrook, IL 60521
5280080        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2019 20:13:09
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5271283        +E-mail/Text: EBNProcessing@afni.com Dec 23 2019 19:52:47      Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
5271287         E-mail/Text: bk@freedomfinancialnetwork.com Dec 23 2019 19:51:54      Freedom Financial Asset,
                 1875 South Grant Street,    San Mateo, CA 94402
5271280         E-mail/Text: cio.bncmail@irs.gov Dec 23 2019 19:52:13      Internal Revenue Service,
                 Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
5271731        +E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2019 19:49:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5271281        +E-mail/Text: kcm@yatb.com Dec 23 2019 19:52:00      York Adams Tax Bureau,    PO BOX 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5271290       ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia   on behalf of Debtor 1 Eduardo  Partida dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia   on behalf of Debtor 2 Laura Lorena Partida dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt   on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Mario John Hanyon   on behalf of Creditor   Deutsche Bank National Trust Company, et.al. pamb@fedphe.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                                                           TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| Eduardo Partida, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:19−bk−04918−HWV |
| Laura Lorena Partida, | | |
| **Debtor 2** | | |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 23, 2019 |

ntcnfhrg (03/18)