Certificate Number: 17082-PAM-DE-033878034

Bankruptcy Case Number: 19-04918



17082-PAM-DE-033878034

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2019, at 4:38 o'clock PM MST, EDUARDO PARTIDA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 28, 2019  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director