UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EDUARDO PARTIDA and<br>LAURA LORENA PARTIDA<br>　Debtors | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| EDUARDO PARTIDA and<br>LAURA LORENA PARTIDA<br>　Respondents | : | CASE NO. 1-19-bk-04918 |

## OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 19th day December, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Section 522(a)(3)(A). Debtors' domicile was located for 180 days immediately preceding the 730-day period immediately preceding the date of the filing of the petition or for a longer portion of such 180-day period in California.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

## CERTIFICATE OF SERVICE

      AND NOW, this 7th day January, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

                                              /s/Deborah A. Behney
                                              Office of Charles J. DeHart, III
                                              Standing Chapter 13 Trustee