UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EDUARDO PARTIDA and LAURA LORENA PARTIDA<br>　　Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　Movant | : | |
| vs. | : | |
| EDUARDO PARTIDA and<br>LAURA LORENA PARTIDA<br>　　Respondent(s) | : | CASE NO. 1-19-bk-04918 |

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 14th day of January, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

　　a. Residential real estate (Residence appraisal and Texas rental)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　a. Deny confirmation of debtor(s) plan.
　　b. Dismiss or convert debtor(s) case.
　　c. Provide such other relief as is equitable and just.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　Charles J. DeHart, III
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　(717) 566-6097

　　　　　BY:　　　　/s/James K. Jones
　　　　　　　　　　　Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this   14th   day of January, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee