UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   EDUARDO PARTIDA and   :  CHAPTER 13
        LAURA LORENA PARTIDA   :
          Debtor(s)   :
            :
        CHARLES J. DEHART, III   :
        STANDING CHAPTER 13 TRUSTEE   :
          Movant   :
            :
          vs.   :
            :
        EDUARDO PARTIDA and   :
        LAURA LORENA PARTIDA   :
          Respondent(s)   :  CASE NO.  1-19-bk-04918

WITHDRAWAL OF TRUSTEE'S OBJECTION TO EXEMPTIONS

      AND NOW, this  21st  day of January, 2020, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Exemptions filed

on or about January 7, 2020 be withdrawn, as all issues have been resolved.

                Respectfully submitted:

                /s/Charles J. DeHart, III
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this  21st  day of January, 2020, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA  17401

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee23