IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| EDUARDO PARTIDA | |
| LAURA LORENA PARTIDA, | Case No. 1-19-bk-04918-HWV |
| Debtors | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Craig S. Sharnetzka, Esquire, of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for Springfield Township York County Sewer Authority and requests copies of all Notices pursuant to Bankruptcy Rules 2002(a) and 2002(b).

Respectfully submitted,

CGA Law Firm

/s/Craig S. Sharnetzka, Esquire
Craig S. Sharnetzka, Esquire
Sup. Ct. I.D. No. 83863
135 North George Street
York, PA 17401
(717) 848-4900

{01740898/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    EDUARDO PARTIDA<br>    LAURA LORENA PARTIDA,<br>                          Debtors | Chapter 13<br><br>Case No. 1-19-bk-04918-HWV |

CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2020 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III, Chapter 13 Trustee

Dawn Marie Cutaia, Esquire

                                                    /s/Craig S. Sharnetzka, Esquire
                                                    Craig S. Sharnetzka, Esquire
                                                    Sup. Ct. I.D. No. 83863
                                                    135 North George Street
                                                    York, PA 17401
                                                    (717) 848-4900