UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: EDUARDO PARTIDA | CASE NO: 19-4918 |
| LAURA PARTIDA | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/5/2020, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice of confirmation hearing and objection deadline 2nd amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/5/2020

/s/ Dawn Marie Cutaia
Dawn Marie Cutaia  77965
Pugh & Cutaia PLLC
115 E. Philadelphia Street
York, PA  17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EDUARDO PARTIDA
LAURA PARTIDA

CASE NO: 19-4918

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/5/2020, a copy of the following documents, described below,

2nd Amended Plan

Notice of confirmation hearing and objection deadline 2nd amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/5/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Marie Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia Street
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AFNI INC | BEST BUY CBNA |
| --- | --- | --- |
| LABEL MATRIX FOR LOCAL NOTICING 03141<br>CASE 1-19-BK-04918-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>THU MAR 5 11-49-06 EST 2020 | PO BOX 3097<br>BLOOMINGTON IL 61702-3097 | PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| CAINE WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | DAWN MARIE CUTAIA<br>PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ETAL<br>PHH MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | CHARLES J DEHART III TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND WA 98083-0657 |
| DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | FED LOAN SERV<br>POB 60610<br>HARRISBURG PA 17106-0610 | FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 |
| GVT EMP CU<br>1225 AIRWAYS BLVD<br>EL PASO TX 79925-3620 | MARIO J HANYON<br>PHELAN HALLINAN DIAMOND JONES<br>1600 JFK BOULEVARD<br>STE 1400<br>PHILADELPHIA PA 19103-2852 | MARIO JOHN HANYON<br>PHELAN HALLINAN SCHMIEG<br>1617 JFK BLVD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEROME BLANK<br>PHH MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MACYSDSNB<br>PO BOX 8218<br>MASON OH 45040-8218 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | DEBTOR<br>EDUARDO PARTIDA<br>1218 ALTA VISTA WAY<br>SEVEN VALLEYS PA 17360-9404 |
| LAURA LORENA PARTIDA<br>1218 ALTA VISTA WAY<br>SEVEN VALLEYS PA 17360-9404 | PENN CREDIT CORPORATIO<br>916 S 14TH ST<br>HARRISBURG PA 17104-3425 | PHH MORTGAGE SERVICES<br>3000 LEADENHALL ROAD<br>MT LAUREL TOWNSHIP NJ 08054 |
| PROGRESSIVE MGMT SYSTE<br>1521 W CAMERON AVE<br>WEST COVINA CA 91790-2738 | ROUNDPOINT MORTGAGE SERVICING CORPORATION<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715-0200 | ROUNDPOINT MTG<br>PO BOX 19409<br>CHARLOTTE NC 28219-9409 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356-0284 | SANTANDER CONSUMER USA<br>PO BOX 961211<br>FORT WORTH TX 76161-0211 | CRAIG S SHARNETZKA<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK PA 17401-1132 |
| THOMAS SONG<br>PHELAN HALLINAN DIAMOND JONES<br>1617 JFK BOULEVARD<br>SUITE 1400<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 | SPRINGFIELD TOWNSHIP YORK COUNTY SEWER AUTHO<br>PO BOX 75<br>SEVEN VALLEYS PA 17360-0075 | SPRINGFIELD TWP YORK CO SEWER AUTHORITY<br>PO BOX 75<br>SEVEN VALLEYS PA 17360-0075 |
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | TOYOTA MOTOR CREDIT<br>111 W 22ND ST<br>OAKBROOK IL 60521 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |