```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-04918-HWV
Eduardo Partida                                                     Chapter 13
Laura Lorena Partida
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke        Page 1 of 1          Date Rcvd: May 15, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
5280008        +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    Springfield Township York County Sewer Authority
               csharnetzka@cgalaw.com,
                tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Eduardo  Partida dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Laura Lorena Partida dmcutaia@gmail.com,
               cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eduardo Partida<br>Laura Lorena Partida<br>    Debtors<br><br>Eduardo Partida<br>Laura Lorena Partida<br>    Movants | Chapter 13<br><br>19-4918<br><br>Motion to Suspend Payment |

### ORDER

**AND NOW**, upon consideration of Debtors' Motion to Suspend Payment, said Motion is hereby granted and Debtors' Chapter 13 payment is suspended for the months of April, May and June 2020.

Dated: May 15, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)