United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                  Case No. 19-04918-HWV

Eduardo Partida                                       Chapter 13

Laura Lorena Partida

    Debtor(s)

## CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                                        Page 1 of 2

Date Rcvd: Dec 22, 2020               Form ID: trc                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5293289 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020                            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| **Charles J DeHart, III (Trustee)** | TWecf@pamd13trustee.com |
| **Craig S. Sharnetzka** | on behalf of Creditor Springfield Township York County Sewer Authority csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| **Dawn Marie Cutaia** | on behalf of Debtor 2 Laura Lorena Partida dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,julie.freshstartyork@gmail.com |
| **Dawn Marie Cutaia** | on behalf of Debtor 1 Eduardo Partida dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,julie.freshstartyork@gmail.com |

James Warmbrodt
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor Deutsche Bank National Trust Company et.al. pamb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company et.al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Mario John Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company et.al. pamb@fedphe.com

Thomas Song
    on behalf of Creditor Deutsche Bank National Trust Company et.al. pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-04918-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Eduardo Partida
1218 Alta Vista Way
Seven Valleys PA 17360

Laura Lorena Partida
1218 Alta Vista Way
Seven Valleys PA 17360

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715

Name and Address of Transferee:

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/24/20

Terrence S. Miller
**CLERK OF THE COURT**