| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania (Harrisburg) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Eduardo Partida<br><br>Laura Lorena Partida | Case Number:<br><br>1:2019-bk-04918 | |
| Name of Creditor:<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al. | | |
| Name of Current Servicer of account:<br>  PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  PHH Mortgage Corporation<br>  ATTN Bankruptcy Department<br>  PO Box 24605<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: SV 19<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| **1.   Account Number:  6226** | | _ Check this box if the account number has changed. |
| **2.   Court Claim Number: 8** | | |
| **3.   Signature:**<br><br> **Check the appropriate box.**<br>      **I am the creditor.**<br>    X  **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>  By:    /s/ John Shelley_____          Date:  02/18/2023_____<br>      Authorized Filing Agent for PHH Mortgage Services | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 19-04918 |
| **Eduardo Partida** | CHAPTER: 13 |
| **Laura Lorena Partida** | |
| Debtor(s). | |
| _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Eduardo Partida
1218 Alta Vista Way
Seven Valleys, PA 17360

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Laura Lorena Partida
1218 Alta Vista Way
Seven Valleys, PA 17360

*Debtor's Attorney:*      *By CM / ECF Filing:*

Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

*Trustee:*      *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

/s/ John Shelley
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)