IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                Chapter 13
Eduardo Partida
Laura Lorena Partida
         Debtor (s)                  Case NO. 19-bk-04918-HWV

Freedom Mortgage Corporation
         Movant

        v.

Eduardo Partida
Laura Lorena Partida
Jack N Zaharopoulos
         Respondents

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**AND NOW**, this 8th day of August, 2023, the Debtors, Eduardo Partida and Laura Lorena Partida, by and through counsel, Dawn M. Cutaia, file this Answer to the Motion for Relief from Stay filed by Freedom Mortgage Corporation.

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.
5. Admitted.
6. Admitted.
7. Admitted in part; Denied in part. It is denied that Movant lacks adequate protection. Debtors believe there is significant equity in the property and they can cure the arrears through an amended plan.
8. Admitted.

9. This is a request for relief and therefore no response is required.
10. Denied.
11. This is a request for relief and therefore no response is required.
12. Denied.
13. Denied.

**WHEREFORE**, Debtors respectfully request this Honorable Court deny the Motion for Relief from Stay and allow Debtors to cure the arrears through an amended plan.

RESPECTFULLY SUBMITTED:

/s/ Dawn Marie Cutaia
Dawn Marie Cutaia
Attorney for Debtor
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com