# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>EDUARDO PARTIDA<br>LAURA LORENA PARTIDA<br>　　　　　Debtor(s) | CHAPTER<br>CASE NO.<br>NATURE OF PROCEEDING:<br>DOCUMENT No. | 13<br>1:19-bk-04918-HWV<br>Motion for Relief from Stay<br>61 |
| **Freedom Mortgage Corporation**<br>　　　　　Plaintiff(s)/Movants | | |
| vs.<br>EDUARDO PARTIDA<br>LAURA LORENA PARTIDA<br>　　　　　Defendant(s)/Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
　　☒ Thirty (30) days.
　　☐ Forty-five (45) days.
　　☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **August 16, 2023**　　　　/s/ Mario Hanyon
　　　　　　　　　　　　　　　　　Attorney for:　Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.