## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Eduardo Partida  
     Laura Lorena Partida  

          Debtor(s)

BK NO. 19-04918 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                       Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
10 Nov 2023, 17:34:53, EST

                            KML Law Group, P.C.  
                            BNY Mellon Independence Center  
                            701 Market Street, Suite 5000  
                            Philadelphia, PA  19106  
                            215-627-1322