IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 13
Eduardo Partida
Laura Lorena Partida
        Debtor (s)                     Case NO. 19-bk-04918-HWV

Springfield Township, York County Sewer Authority
        Movant

        v.

Eduardo Partida
Laura Lorena Partida
Jack N Zaharopoulos
        Respondents

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**AND NOW**, the Debtors, Eduardo Partida and Laura Lorena Partida, by and through counsel, Dawn M. Cutaia, file this Answer to the Motion for Relief from Stay filed by Springfield Township, York County Sewer Authority.

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied.
9. Denied.
10. Denied.  These fees are unreasonably high.

**WHEREFORE**, Debtors respectfully request this Honorable Court deny the Motion for Relief from Stay and allow Debtors to cure the arrears through an amended plan.

RESPECTFULLY SUBMITTED:

/s/ Dawn Marie Cutaia
Dawn Marie Cutaia
Attorney for Debtor
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com