**FORM C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:

Eduardo Partida
Laura Lorena Partida

)
)
)
)
)
)

Chapter: 13

Case Number: 19-4918

DEBTOR(S)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 28, 2023, I served a copy of Motion to Modify Plan, Plan, NOtice, 3015-2b on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Freedom Mortgage Corporation<br>c/o Michael Patrick Farrington of KML Law Group, P.C | via ecf |
| Standing Chapter 13 Trustee | via ecf |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/28/2023

Name: s/ Dawn Cutaia
*Printed Name of Attorney*
Address: 1701 W. Market Street York PA 17404

Revised: 03/22/05