IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> EDUARDO PARTIDA <br> LAURA LORENA PARTIDA <br>     Debtors, <br><br><br> TOYOTA MOTOR CREDIT CORPORATION, <br>     Movant, <br><br> v. <br><br> EDUARDO PARTIDA and, <br> LAURA LORENA PARTIDA and, <br> JACK N. ZAHAROPOULOS, Trustee, <br>     Respondents. | Bankruptcy No. 1:19-bk-04918-HWV <br><br> Chapter 13 |

AMENDED NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Toyota Motor Credit Corporation has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the 2018 Toyota Tundra C4X, VIN: 5TFDY5F17JX698364.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **June 14, 2024,** you or your attorney must do **all** of the following:

    (a)  file an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court
        Sylvia H. Rambo U.S. Courthouse
        1501 North 6th Street
        Harrisburg, PA 17102

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

       (b)  mail a copy to the movant's attorneys:

           Keri P. Ebeck, Esquire
           Bernstein-Burkley, P.C.
           601 Grant Street, 9th Floor
           Pittsburgh, PA  15219

       2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.  A hearing on the motion is scheduled to be held before the Honorable Henry Van Eck on **July 9, 2024, 9:30 a.m.,** at the United States Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102.

       4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.  You may contact the Bankruptcy Clerk's office at 570-831-2509 to find out whether the hearing has been cancelled because no one filed an answer.

           Respectfully submitted,

           BERNSTEIN-BURKLEY, P.C.

           By: /s/ Keri P. Ebeck
           Keri P. Ebeck, Esq.
           PA I.D. # 91298
           kebeck@bernsteinlaw.com
           601 Grant Street, 9th Floor
           Pittsburgh, PA 15219
           Phone (412) 456-8112
           Fax: (412) 456-8135

Dated:  June 4, 2024