IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> EDUARDO PARTIDA <br> LAURA LORENA PARTIDA <br>    Debtors, <br><br><br> TOYOTA MOTOR CREDIT CORPORATION, <br>    Movant, <br><br>        v. <br><br> EDUARDO PARTIDA and, <br> LAURA LORENA PARTIDA and, <br> JACK N. ZAHAROPOULOS, Trustee, <br>    Respondents. | Bankruptcy No. 1:19-bk-04918-HWV <br><br> Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the June 4 2024, I served copies of the Amended Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Eduardo Partida <br> Laura Lorena Partida <br> 1218 Alta Vista Way <br> Seven Valleys, PA 17360 | Dawn Marie Cutaia <br> Fresh Start Law, PLLC <br> 1701 West Market Street <br> York, PA 17404 |
| Jack N Zaharopoulos <br> Standing Chapter 13 Trustee <br> 8125 Adams Drive, Suite A <br> Hummelstown, PA 17036 | United States Trustee <br> 1501 N. 6th St <br> Harrisburg, PA 17102 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135