IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Eduardo Partida | |
| Laura Lorena Partida | |
|     Debtor (s) | Case NO. 19-bk-04918-HWV |

Toyota Motor Credit Corporation
    Movant

    v.

Eduardo Partida
Laura Lorena Partida
Jack N Zaharopoulos
    Respondents

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**AND NOW**, the Debtors, Eduardo Partida and Laura Lorena Partida, by and through counsel, Dawn M. Cutaia, file this Answer to the Motion for Relief from Stay filed by Toyota Motor Credit Corporation.

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied. Debtors believe they are current. Movant has indicated that they will provide a payment history so Counsel can determine if or when payments were missed.

9. Denied.
10. Admitted.
11. Denied.

**WHEREFORE**, Debtors respectfully request this Honorable Court deny the Motion for Relief from Stay.

RESPECTFULLY SUBMITTED:

/s/ Dawn Marie Cutaia
Dawn Marie Cutaia
Attorney for Debtor
1701 W. Market Street
York PA 17404
717-304-1841
dmcutaia@gmail.com