UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
EDUARDO PARTIDA
LAURA LORENA PARTIDA
      DEBTOR

CASE NO. 1:19-bk-04918-HWV
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:      FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:     10500 Kincaid Drive, Suite 300
       Fishers, IN 46037-9764

NEW NOTICE ADDRESS:     11988 Exit 5 Parkway, Building 4
       Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
       Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:     11988 Exit 5 Parkway, Building 4
       Fishers, IN 46037-7939

Dated: September 18, 2024

       */s/Lorri Beltz*
       Lorri Beltz, Vice President, Default
       Freedom Mortgage Corporation
       11988 Exit 5 Parkway, Building 4
       Fishers, IN 46037-7939
       Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:
EDUARDO PARTIDA
LAURA LORENA PARTIDA
      DEBTOR

CASE NO. 1:19-bk-04918-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

DAWN MARIE CUTAIA
PUGH AND CUTAIA, PLLC
115 E Philadelphia St
York PA 17401-2437
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

EDUARDO PARTIDA
LAURA LORENA PARTIDA
1218 Alta Vista Way
Seven Valleys PA 17360-9404
*Debtor*

This 18th Day of September, 2024

      */s/Lorri Beltz*
      Lorri Beltz, Vice President, Default
      Freedom Mortgage Corporation
      11988 Exit 5 Parkway, Building 4
      Fishers, IN 46037-7939
      Telephone: (855) 690-5900