United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Eduardo Partida

Laura Lorena Partida

    Debtors

Case No. 19-04918-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/Text: kebeck@bernsteinlaw.com | Oct 11 2024 18:33:00 | Toyota Motor Credit Corporation, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township York County Sewer Authority csharnetzka@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Eduardo Partida dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Laura Lorena Partida dmcutaia@gmail.com |

cutaiaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

Jerome B Blank

on behalf of Creditor Deutsche Bank National Trust Company  et.al. pamb@fedphe.com

Keri P Ebeck

on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon

on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor Deutsche Bank National Trust Company  et.al. pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song

on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re, | Bankruptcy No. 1:19-bk-04918-HWV |
|---|---|
| EDUARDO PARTIDA LAURA LORENA PARTIDA        Debtors, | Chapter 13 |
| TOYOTA MOTOR CREDIT CORPORATION,        Movant, | |
| v. | |
| EDUARDO PARTIDA and, LAURA LORENA PARTIDA and, JACK N. ZAHAROPOULOS, Trustee,        Respondents. | |

## ORDER

Upon consideration of the Concurred In Motion to Extend Deadline to File Stipulation

Resolving the Motion for Relief from the Automatic Stay, Doc. 96, it is

**ORDERED** that the Motion is **GRANTED** and the deadline to file a stipulation is

extended to November 9, 2024.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 11, 2024