IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>EDUARDO PARTIDA AND LAURA LORENA PARTIDA<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-NC2, Mortgage-Pass Through Certificates, Series 2007-NC2,<br>     Movant<br><br>vs.<br><br>EDUARDO PARTIDA AND LAURA LORENA PARTIDA,<br>     Debtors | Case No. 1:19-bk-04918-HWV<br><br>Chapter 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-NC2, Mortgage-Pass Through Certificates, Series 2007-NC2 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtors' Chapter 13 Plan* (Doc 106), and states as follows:

1. The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 18, 2019.

2. Movant holds a security interest in the Debtors' real property located at 9705 Fuchsia Ct, El Paso, TX 79925 (the "Property"), by virtue of a Mortgage.

3. The Debtors filed a Motion to Modify the Chapter 13 Plan (the "Plan") on May

13, 2025 (Doc 106).

4. Movant filed a Proof of Claim in this case on April 24, 2020 (Claim No. 8) which lists a total debt of $66,839.65.

5. The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtors are inaccurate and do not conform to Movant's timely-filed Proof of Claim. The correct pre-petition arrearage due Movant is $3,344.05, whereas the Plan proposes to pay only $2,575.55.

6. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7. Movant objects to any plan which proposes to pay it anything less than $3,344.05 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>EDUARDO PARTIDA AND LAURA LORENA PARTIDA | Case No. 1:19-bk-04918-HWV<br><br>Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-NC2, Mortgage-Pass Through Certificates, Series 2007-NC2,<br>    Movant<br><br>vs.<br><br>EDUARDO PARTIDA AND LAURA LORENA PARTIDA,<br>    Debtors | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Dawn Marie Cutaia, Debtor's Attorney
1701 West Market Street
York, PA 17404
dmcutaia@gmail.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St

Harrisburg, PA 17102

Via First Class Mail:

EDUARDO PARTIDA
1218 ALTA VISTA WAY
SEVEN VALLEYS, PA 17360

LAURA LORENA PARTIDA
1218 ALTA VISTA WAY
SEVEN VALLEYS, PA 17360

Date: <u>May 23, 2025</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com