# UNITED STATES BANKRUPTCY COURT

_____Middle_____ District Of _Pennsylvania_

In re _Eduardo Partida and Laura Lorena Partida_          Case No. ___19-04918-HWV___

               Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒       I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❑       I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒       I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

❑       I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\*       Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Jun 25, 2025

Executed on _____
           Date

Eduardo Partida (Jun 25, 2025 19:23 EDT)

                         Debtor

# Fillable blank cert no support

Final Audit Report 2025-06-25

| | |
|---|---|
| Created: | 2025-06-25 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9mksAzFKQ8zCc1qT70Z3gBSbj5YAtokU |

## "Fillable blank cert no support" History

📄 Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
2025-06-25 - 3:03:39 PM GMT

📧 Document emailed to miniman7349@gmail.com for signature
2025-06-25 - 3:04:15 PM GMT

📄 Email viewed by miniman7349@gmail.com
2025-06-25 - 11:21:56 PM GMT

🖊 Signer miniman7349@gmail.com entered name at signing as Eduardo Partida
2025-06-25 - 11:23:54 PM GMT

🖊 Document e-signed by Eduardo Partida (miniman7349@gmail.com)
Signature Date: 2025-06-25 - 11:23:56 PM GMT - Time Source: server

✅ Agreement completed.
2025-06-25 - 11:23:56 PM GMT

**Adobe Acrobat Sign**