# UNITED STATES BANKRUPTCY COURT

_____Middle_____ District Of __Pennsylvania__

In re __Eduardo Partida and Laura Lorena Partida__     Case No. __19-04918-HWV__
            Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\*  Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on    Jun 25, 2025           _Laura Partida_ (Jun 25, 2025 17:47 EDT)
          Date                                        Debtor

# Fillable blank cert no support

Final Audit Report 2025-06-25

| | |
|---|---|
| Created: | 2025-06-25 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApsq-slqtN4qr6Mjb9ekO4UzMimpaeu4W |

## "Fillable blank cert no support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-06-25 - 3:04:45 PM GMT

- Document emailed to lerp3@aol.com for signature
  2025-06-25 - 3:05:06 PM GMT

- Email viewed by lerp3@aol.com
  2025-06-25 - 9:46:14 PM GMT

- Signer lerp3@aol.com entered name at signing as Laura Partida
  2025-06-25 - 9:47:20 PM GMT

- Document e-signed by Laura Partida (lerp3@aol.com)
  Signature Date: 2025-06-25 - 9:47:22 PM GMT - Time Source: server

- Agreement completed.
  2025-06-25 - 9:47:22 PM GMT

**Adobe Acrobat Sign**