In re:  Case No. 19-04918-HWV
Eduardo Partida  Chapter 13
Laura Lorena Partida
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jun 30, 2025      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eduardo Partida, Laura Lorena Partida, 1218 Alta Vista Way, Seven Valleys, PA 17360-9404 |
| cr | + | Springfield Township York County Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5271286 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5293234 | | Jerome Blank, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5271290 | + | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 5293096 | + | Springfield Twp York Co Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2025 18:53:00 | FREEDOM MORTGAGE CORPORATION, 10500 KINCAID DR, FISHERS, IN 46037-9764 |
| cr | + | EDI: LCIPHHMRGT | Jun 30 2025 22:44:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | EDI: PRA.COM | Jun 30 2025 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jun 30 2025 18:53:00 | Toyota Motor Credit Corporation, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5271283 | + | Email/Text: EBNProcessing@afni.com | Jun 30 2025 18:53:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 5271284 | | EDI: CITICORP | Jun 30 2025 22:44:00 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5271285 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 30 2025 18:53:01 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 5293621 | | EDI: CITICORP | Jun 30 2025 22:44:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5293235 | + | EDI: LCIPHHMRGT | Jun 30 2025 22:44:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5271289 | | EDI: CITICORP | Jun 30 2025 22:44:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 5291617 | | EDI: Q3G.COM | Jun 30 2025 22:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5271282 | | EDI: PENNDEPTREV | Jun 30 2025 22:44:00 | Department of Revenue, 1 Revenue Place, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17129-0001 |
| 5271287 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 30 2025 18:52:00 | Freedom Financial Asset, 1875 South Grant Street, San Mateo, CA 94402 |
| 5380938 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2025 18:53:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5271288 | + | Email/Text: GECU-BKNotices@gecu.com | Jun 30 2025 18:52:00 | Gvt Emp Cu, 1225 Airways Blvd, El Paso, TX 79925-3620 |
| 5271280 | | EDI: IRS.COM | Jun 30 2025 22:44:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5293108 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2025 19:02:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5271291 | | EDI: LCIPHHMRGT | Jun 30 2025 22:44:00 | Phh Mortgage Services, 3000 Leadenhall Road, Mt. Laurel Township, NJ 08054 |
| 5271292 | + | EDI: PMSCOLLECTS.COM | Jun 30 2025 22:44:00 | Progressive Mgmt Syste, 1521 W. Cameron Ave, West Covina, CA 91790-2738 |
| 5293289 | | Email/Text: bankruptcy@roundpointmortgage.com | Jun 30 2025 18:53:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5271293 | ^ | MEBN | Jun 30 2025 18:44:45 | Roundpoint Mtg, Po Box 19409, Charlotte, NC 28219-9409 |
| 5280008 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2025 18:53:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5271294 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 30 2025 18:53:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5271731 | ^ | MEBN | Jun 30 2025 18:45:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5271295 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2025 18:53:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 5280080 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 30 2025 18:52:55 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5271281 | + | Email/Text: kcm@yatb.com | Jun 30 2025 18:52:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5380939 | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2025 | Form ID: 3180W | Total Noticed: 33 |

Date: Jul 02, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:**

**Name** — **Email Address**

**Craig S. Sharnetzka**
on behalf of Creditor Springfield Township York County Sewer Authority csharnetzka@cgalaw.com
rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com

**Dawn Marie Cutaia**
on behalf of Debtor 1 Eduardo Partida dmcutaia@gmail.com
cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

**Dawn Marie Cutaia**
on behalf of Debtor 2 Laura Lorena Partida dmcutaia@gmail.com
cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

**Denise E. Carlon**
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

**Jack N Zaharopoulos**
ecf_pahu_alt@trustee13.com

**James Warmbrodt**
on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

**Jerome B Blank**
on behalf of Creditor Deutsche Bank National Trust Company  et.al. pamb@fedphe.com

**Keri P Ebeck**
on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

**Mario J. Hanyon**
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  As Trustee for Securitized Asset Backed Receivables LLC Trust 2007-NC2, Mortgage-Pass Through Certificates, Series 2007-NC2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**Mario J. Hanyon**
on behalf of Creditor Deutsche Bank National Trust Company  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**Mario J. Hanyon**
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

**Mario John Hanyon**
on behalf of Creditor Deutsche Bank National Trust Company  et.al. pamb@fedphe.com, mario.hanyon@brockandscott.com

**Thomas Song**
on behalf of Creditor Deutsche Bank National Trust Company  et.al. tomysong0@gmail.com

**United States Trustee**
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Eduardo Partida<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0793<br>EIN: __–_____ | |
| Debtor 2: Laura Lorena Partida<br>(Spouse, if filing) First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5624<br>EIN: __–_____ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:19-bk-04918-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eduardo Partida                                Laura Lorena Partida

6/30/25

**By the court:** _/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W **Chapter 13 Discharge** page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2