**Fill in this information to identify the case:**

Debtor 1   EDUARDO PARTIDA

Debtor 2   LAURA LORENA PARTIDA
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 1:19-bk-04918-HWV

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of Creditor:**   Freedom Mortgage Corporation

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 3750

**Property address:**   1218 Alta Vista Way
Number Street
Seven Valleys, PA 17360
City   State   ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08/01/2025
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:   (a) $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:   +(b) $ _____

c.   **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   _____
MM/DD/YYYY

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✖** /s/Mario Hanyon                                  Date 07/08/2025
   Signature

Print      Mario Hanyon                                Title   Attorney
           First Name      Middle Name      Last Name

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3825 Forrestgate Dr.
           Number            Street

           Winston-Salem, NC 27103
           City                     State      ZIP Code

Contact phone   844-856-6646   Email PABKR@brockandscott.com

»

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>EDUARDO PARTIDA AND LAURA LORENA PARTIDA | Case No. 1:19-bk-04918-HWV |
| Freedom Mortgage Corporation,<br><br>      Movant<br><br>vs.<br><br>EDUARDO PARTIDA AND LAURA LORENA PARTIDA,<br>      Debtors | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Dawn Marie Cutaia, Debtor's Attorney
1701 West Market Street
York, PA 17404
dmcutaia@gmail.com

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

EDUARDO PARTIDA
1218 ALTA VISTA WAY
SEVEN VALLEYS, PA 17360

LAURA LORENA PARTIDA
1218 ALTA VISTA WAY
SEVEN VALLEYS, PA 17360


Date: <u>July 8, 2025</u>

_/s/Mario Hanyon_
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com